# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

| Docket Number | Case Name | Calendar Number |
|---|---|---|
| 140296 | Bowens v ARY, Inc | 2 |
| 139505 | Hamed v Wayne County | 4 |
| 140297] | In re Investigative Subpoenas | 7 |
| 140299] | | |
| 140817-24 | Iron Mountain v Naftaly | 6 |
| 139978 | Ligons v Crittenton Hospital | 3 |
| 140814 | Midland Cogeneration v Naftaly | 5 |
| 140514-5 | People v Hailey (Arthur) | 1 |
| 141009 | People v Slaughter (Mark) | 8 |

### Oral Arguments on Applications

140683 Clarke v Richco Construction
140685 Drake v City of Benton Harbor
140723 Ferdon v Sterling Performance, Inc.
140510 People v Bonilla-Machado (Johnny)
140744 People v Brandt (Terry)
140153 People v Breidenbach (Anthony)
139833 People v Jones (John)
140422 People v McCauley (Dedrick)
140193 Plunkett v Dept of Trans
140322 Pollard v Suburban Mobility Authority

On order of the Court, on the Court's own motion, the oral argument of these cases is ADJOURNED. The Clerk is directed to place these cases on the January 2011 Session Calendar for argument and submission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2010

Clerk